THE STATE, GEORGE MADDEN, PROSECUTOR, v. THE MAYOR, &c., OF THE CITY OF MILLVILLE.

On *certiorari.*

For the prosecutor, *John J. Crandall.*

For the respondent, *David J. Pancoast.*

The *certiorari* is dismissed, for the reasons given in State, Loper, pros., v. The Mayor, &c., of the City of Millville.